## FRY v. STATE.
### No. 22466.

Court of Criminal Appeals of Texas.

April 7, 1943.

Polk Shelton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of negligent homicide, and his punishment assessed by the jury at a fine of $3,000.

The complaint and information appear regular. The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.